3:97-cv-00955-WTH Document 73 Filed 12/14/99 Page 1 of 1 PageID 104
COPY
FILED
99 DEC 14 PM 2:02
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
 2               JACKSONVILLE DIVISION

 3
   CHARLES E. SULIER and DEBORAH SULIER,
 4 as parents of CHARLES E. SULIER II,

 5         Plaintiffs,

 6 vs.           CASE NO.: 97-955-Civ-J-21(C)

 7
   DUVAL COUNTY SCHOOL BOARD; STAN JORDAN,
 8 SUSAN WILKINSON, CHERYL DONELAN,
   GWENDOLYN GIBSON, JIMMIE JOHNSON, LINDA
 9 SPARKS, and BILLY PARKER IN THEIR OFFICIAL
   CAPACITIES AND AS MEMBERS OF THE SCHOOL
10 BOARD OF DUVAL COUNTY, FLORIDA,

11         Defendants.
   ------------------------------------------
12

13
           Deposition of JUDY POPPELL, taken on
14
   behalf of plaintiffs herein, pursuant to Notice of
15
   Taking Deposition, at 501 West Bay Street,
16
   Suite 150, Jacksonville, Duval County, Florida, on
17
   Thursday, January 29, 1998, at 10:40 a.m., before
18
   Mary Kaminowski-Huth, Registered Professional
19
   Reporter-CP, and Notary Public in and for the
20
   State of Florida at Large.
21

22

23

24
   Transcript filed Separately
25
```