FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

00 DEC 14 AM 10: 25

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**SUPPLEMENTAL JUDGMENT IN A CIVIL CASE**

CHARLES E. SULIER and
DEBORAH SULIER, as parents of
CHARLES E. SULIER, II,

       Plaintiff,

v.                                       Case No. 3:97-cv-955-J-10C

DUVAL COUNTY SCHOOL BOARD, et al.,

       Defendant.
_____/

____ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that plaintiffs, CHARLES E. SULIER and DEBORAH SULIER, as parents of CHARLES E. SULIER, II, recover of defendant, DUVAL COUNTY SCHOOL BOARD, the sum of $4,500.00 for attorney's fees.

Date: December 14, 2000

SHERYL L. LOESCH
Clerk

_____
(By) Deputy Clerk

Copy to:
Counsel of Record
Pro Se Parties (if any)